JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Ste. 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Tanya Duerelle Lawson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL WILLIAM HUTCHINSON III,<br>JOSE MIGUEL HERNANDEZ JR.,<br>MULAN PRECIOUS KEOPHIMANH,<br>JOHNNY BOBBY TRUONG,<br>GUADALUPE MANUEL CERVANTES,<br> aka "Pep" and<br>TANYA DUERELLE LAWSON,<br><br>    Defendants. | CASE NO. 2:24-CR-00164 DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: July 18, 2025 (requested)<br>TIME: 9:00 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

1. By previous order, this matter was set for status conference on May 29, 2025, before Chief District Judge Troy L. Nunley and time was excluded from March 20, 2025, to May 29, 2025. ECF 84. Subsequently, on, or about, April 21, 2025, Chief District Court Judge Troy L. Nunley reassigned this matter to the Honorable Dena M. Coggins. ECF 95

2. By this stipulation, the parties now move to continue the status conference until July 18, 2025, and to exclude time between March 20, 2025, and July 18, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

 a) Discovery associated with this case and produced to date includes reports, photographs, audio and video, and voluminous Title III wire and electronic intercepts, which has been either produced directly to counsel and/or made available for inspection and copying. (In

gross terms, the government has thus far produced 2000[+] pages of pdfs and over 300 native files.)

b) Additionally, on January 7, 2025, counsel for defendant Jose Miguel Hernandez, Jr. moved to withdraw due to resignation from the CJA panel. On January 8, the Court substituted attorney Kellan Patterson as to defendant Hernandez. (ECF 80, 81)

c) Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial. Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2025 to and including July 18, 2025, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: April 25, 2025 | /s/ CHRISTOPHER COSCA<br>CHRISTOPHER COSCA<br>Counsel for Defendant<br>MICHAEL WILLIAM HUTCHINSON, III |
| Dated: April 25, 2025 | /s/ KELLAN PATTERSON<br>KELLAN PATTERSON<br>Counsel for Defendant<br>JOSE MIGUEL HERNANDEZ, JR. |
| Dated: April 25, 2025 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>MULAN PRECIOUS KEOPHIMANH |
| Dated: April 25, 2025 | /s/ TAMARA SOLOMAN<br>TAMARA SOLOMAN<br>Counsel for Defendant<br>JOHNNY BOBBY TRUONG |
| Dated: April 25, 2025 | /s/ PHILIP COZENS<br>PHILIP COZENS<br>Counsel for Defendant<br>GUADALUPE MANUEL CERVANTES |
| Dated: April 25, 2025 | /s/ JOHN MANNING<br>JOHN MANNING<br>Counsel for Defendant<br>TANYA DUERELLE LAWSON |
| Dated: April 25, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>Assistant United States Attorney |

///

///

///

///

///

**ORDER**

The court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the Status Conference set for May 29, 2025, before Chief District Judge Troy L. Nunley is VACATED and RESET for July 18, 2025, at 9:00 a.m. in Courtroom 8 before District Judge Dena M. Coggins. The court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between March 20, 2025, and July 18, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from March 20, 2025, up to and including July 18, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated:  **April 30, 2025**

Dena Coggins
United States District Judge