1  COSCA LAW CORPORATION
   CHRIS COSCA     CA SBN 144546
2  701 University Avenue, Suite 104
   Sacramento, CA 95825
3  (916) 440-1010

4  Attorney for Defendant
   MICHAEL HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:24-CR-00164-DC |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING** |
| MICHAEL HUTCHISON, | ) |
| Defendant. | ) |

## **STIPULATION**

By previous order, this matter was set for status conference on July 18, 2025. Due to scheduling conflicts, the parties now stipulate to vacate the status conference and set the matter for a change of plea hearing on August 13, 2025, at 9:30 a.m.

The parties agree and stipulate, and request that the Court find the following:

a) Discovery in this case is voluminous. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Defense counsel desires additional time to review discovery, investigate, conduct legal research, and to confer with his client concerning discovery, strategies, and potential options for the defense including resolution or trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18 to August 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: July 10, 2025 /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
MICHAEL HUTCHISON

Dated: July 10, 2025 /s/ Jason Hitt
JASON HITT
Assistant US Attorney
Attorney for Plaintiff

STIP AND ORDER TO SET CHANGE OF PLEA HEARING
USA v. Michael Hutchison

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for July 18, 2025, at 9:30 a.m. is VACATED. This matter is now specially SET for Change of Plea on August 13, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between July 18, 2025 and August 13, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **July 13, 2025**

Dena Coggins
United States District Judge